IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JACQUELINE WILLIAMS                                                                      PLAINTIFF

VS.                           CASE NO. 3:04CV00214 HLJ

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                 DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 22nd day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE